# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 19 AM 11: 13

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W.D. OF TN, MEMPHIS

| | |
|---|---|
| WYATT BROWN | ) |
| Plaintiff, | ) |
| v. | ) |
| HARRELL WATTS, et al. | ) No. 05-2676 Ml/An |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing $250 Filing Fee, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered December _19_, 2005, this case is DISMISSED.

APPROVED:

_(signature)_
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Dec. 19, 2005
DATE

THOMAS M. GOULD
Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-19-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02676 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

Wyatt Brown
FCI-Memphis
08251-058
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT